UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFF HOTCHKISS, | ) | CIV. 12-4043-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| DAKOTA ENERGY COOPERATIVE, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal, it is

ORDERED that this matter is dismissed, with prejudice, and without further recourse by any party. All parties will bear their own costs and attorney's fees associated with the prosecution and defense of this action.

Dated September 6, 2012.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE